In the Matter of DOUGLASTON CIVIC ASSOCIATION, INC., Individually and on Behalf of its Members Owning Property Affected, et al., Appellants, against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents, and ABRAHAM WEISINGER, et al., Interveners, Respondents.

Argued May 28, 1951; decided July 11, 1951.

*Victor Davis Werner* for appellants.

*John P. McGrath, Corporation Counsel (Alfred Weinstein* and *Seymour B. Quel* of counsel), for Board of Standards and Appeals, respondent.

*Bernard Margolis* for Abraham Weisinger and another, intervener-respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. FROESSEL, J., dissents for reasons stated in the opinion at Special Term.